IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOBLES C. FIELDS, #1536825, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-1546-D(BK) |
| | § | |
| OLLIE MAMIE GILLENS, | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff must file his lawsuit in a state court that can exercise subject matter jurisdiction. Despite his complaint that there are limitations on the remedies that he can recover in state court, this court does not have subject matter jurisdiction over his lawsuit.

**SO ORDERED**.

April 26, 2011.

SIDNEY A. FITZWATER
CHIEF JUDGE